# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL A. SINGLETON,**

      **Plaintiff,**

**v.**                                                         **Case No: 6:12-cv-1011-Orl-22GJK**

**GEORGE Z. GOLDBERG and**
**RUSSELL A. DOHAN,**

      **Defendants.**

___

## REPORT AND RECOMMENDATION

On June 29, 2012, Plaintiff, Michael A. Singleton, filed a Complaint against Defendants, George Z. Goldberg and Russel A. Dohan. Doc. No. 1. On this same date, Plaintiff moved to proceed *in forma pauperis*. Doc. No. 2. On July 31, 2012, the Court denied Plaintiff's motion to proceed *in forma pauperis* and ordered Plaintiff to file an amended complaint within twenty-one (21) days from the date of the order, and to file a new motion to proceed *in forma pauperis*. Doc. No. 3 at 5-6. The Court cautioned Plaintiff that failure to file an amended complaint and renew his motion to proceed *in forma pauperis* or pay the full filing fee within the time provided would result in a recommendation that the case be dismissed. Doc. No. 3 at 6.

As of this date, Plaintiff has not filed an amended complaint, has not renewed his motion to proceed *in forma pauperis* and has not paid the full filing fee. Accordingly, it is **RECOMMENDED** that the case be dismissed without prejudice.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on August 28, 2012.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy