# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL A. SINGLETON,**

    **Plaintiff,**

**v.**                                                     **Case No:  6:12-cv-1011-Orl-22GJK**

**GEORGE Z. GOLDBERG and**
**RUSSELL A. DOHAN,**

    **Defendants.**

---

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 5) filed on August 28, 2012.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice because Plaintiff failed to file an Amended Complaint and renew his motion to proceed *in forma pauperis* or pay the full filing fee within the time provided.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 28, 2012 (Doc. No. 5), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is DISMISSED WITHOUT PREJUDICE.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Michael A. Singleton, *pro se*